UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH SIEBERT and KIMBERLY J. SIEBERT a/k/a KIMBERLY J. SHORTER-SIEBERT, | Case No. 18-11809 |
| Plaintiffs, | Hon. Terrence G. Berg |
| v. | Magistrate Curtis Ivy, Jr. |
| BANK OF NEW YORK MELLON, f/k/a The Bank of New York, as successor to JP Morgan Chase Bank, National Association (As Trustee), | |
| Defendant. | |

**ORDER GRANTING JOINT MOTION FOR INDICATIVE RULING TO EFFECT TERMS OF SETTLEMENT**

This matter came before the Court upon the joint motion of the parties pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to enter an order setting aside the disputed sheriff's sales and thereby rescind foreclosures of certain mortgages.

Having considered the parties' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Sixth Circuit, it will grant the relief requested.

IT IS HEREBY ORDERED that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the parties' joint motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and proceed to enter the parties' proposed order setting aside the disputed sheriff's sales and rescinding foreclosures of certain mortgages.

SO ORDERED.

Dated:  August 16, 2023                          /s/Terrence G. Berg_____
                                                 TERRENCE G. BERG
                                                 UNITED STATES DISTRICT JUDGE